46 A.3d 1284

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Anthony FLETCHER, Appellant.**

Supreme Court of Pennsylvania.

June 18, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of June 2012, the order of the Court of Common Pleas is hereby **AFFIRMED.**